```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 13673
   DARIUSZ DABEK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2278


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/31/07 .

   2.  The case was dismissed without confirmation, 09/28/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG           .00          .00          .00
CHASE HOME FINANCE         MORTGAGE ARRE    NOT FILED          .00          .00
FIRST FRANKLIN LOAN SRVS   SECURED                 .00          .00          .00
FIRST FRANKLIN LOAN SRVS   MORTGAGE ARRE    NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   SECURED          NOT FILED          .00          .00
FORD MOTOR CREDIT CO       SECURED VEHIC          .00          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00          .00
ILLINOIS DEPT REVENUE      SPECIAL CLASS    NOT FILED          .00          .00
BP AMOCO                   UNSECURED        NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00          .00
CITIBANK NA                UNSECURED        NOT FILED          .00          .00
CITIFINANCIAL              UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION SERV   UNSECURED        NOT FILED          .00          .00
DISCOVER BANK              UNSECURED        NOT FILED          .00          .00
FIRST REVENUE ASSURANCE    UNSECURED        NOT FILED          .00          .00
FORD MOTOR CREDIT CO       UNSECURED        NOT FILED          .00          .00
HSBC                       UNSECURED        NOT FILED          .00          .00
HSBC                       UNSECURED        NOT FILED          .00          .00
ICS                        UNSECURED        NOT FILED          .00          .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED          .00          .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID

NICOR GAS                  UNSECURED        NOT FILED          .00          .00
NORDSTROM                  UNSECURED        NOT FILED          .00          .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED          .00          .00
SHERMAN ACQUISITION        UNSECURED        NOT FILED          .00          .00
USB MANIFEST               UNSECURED        NOT FILED          .00          .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED          .00          .00
WELLS FARGO                UNSECURED        NOT FILED          .00          .00
WFFINACCPT                 UNSECURED        NOT FILED          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
              SECURED      PRIORITY      UNSECURED       OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00           .00          .00          .00
PRINCIPAL PAID              .00           .00           .00          .00          .00
INTEREST PAID               .00           .00           .00          .00          .00
TOTAL PAID                  .00           .00           .00          .00          .00
```

The Debtor's attorney, DEVONA & ASSOC             , was allowed $   1200.00
and was paid $     226.00  direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE